Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone: 602-857-8180
Facsimile: 602-857-7133
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST INSURANCE COMPANY, a Delaware corporation; and AMTRUST INSURANCE COMPANY OF KANSAS, INC., a Kansas corporation,<br><br>Defendants. | CASE NO. 2:24-CV-00034-EJY<br><br>**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |

NOTICE IS HEREBY GIVEN that Plaintiff, VIG Desert Oaks, LLC, intends to serve Subpoenas Duces Tecum ("Subpoenas") on the following entities: (1) Sedgwick Claims Management Services, Inc.; (2) EFI Global, Inc., and (3) JS Held, LLC. A copy of the Subpoenas are attached hereto as Exhibits A, B, and C, respectively.

DATED this 29th day of March, 2024.

**POLI, MOON & ZANE, PLLC**

By: */s/ Michael N. Poli*
Michael N. Poli
Attorney for Plaintiff VIG

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of March, 2024, I electronically transmitted the foregoing NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jeffrey D. Olster
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 7600
Las Vegas, NV 89118

Julian Pardini
Roger S. Raphael
LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000
San Francisco, CA 94105

*Attorneys for AmTrust Insurance Company*

*/s/ Linda Gundelach*