Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone: 602-857-8180
Facsimile: 602-857-7133
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST INSURANCE COMPANY, a Delaware corporation; and AMTRUST INSURANCE COMPANY OF KANSAS, INC., a Kansas corporation,<br><br>Defendants. | CASE NO. 2:24-CV-00034-EJY<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY CUTOFF DEADLINES**<br><br>**(Second Extension)** |

Pursuant to LR 26-3, counsel for Plaintiff VI Desert Oaks, LLC ("Plaintiff"), and Defendants AmTrust Insurance Company and AmTrust Insurance Company of Kansas, Inc. (collectively, "Defendant") (collectively with Plaintiff, the "Parties"), hereby request an extension of thirty (30) days to disclose experts and expert reports, and a separate sixty-day extension of the discovery cutoff. This is the second extension request.

The reason for the extension is one of Plaintiff's experts notified Plaintiff's counsel that due to a family medical emergency, he would not be able to complete his expert report by the current June 10, 2024 expert disclosure deadline and requested an additional thirty days in which to do so. A thirty-day extension of the expert disclosure deadline necessitates extending the expert rebuttal deadline an additional thirty days, as well as the discovery cutoff in order to provide a reasonable amount of time for the Parties to complete depositions of each other's experts.

In addition, the parties deferred depositions pending early resolution efforts, and

140997689.1

participated in a mediation before Justice Nancy M. Saitta (Ret.) on May 20, 2024. The case did not resolve at mediation, and the parties request sufficient time to conduct necessary discovery.

Pursuant to the original Scheduling Order (Doc. 15), all discovery must be completed by July 10, 2024. Separately, under the Court's April 4, 2024 Order granting the Parties' first extension request (Doc. 21), the current deadline for expert disclosures is June 10, 2024, and the expert rebuttal deadline is July 10, 2024. For the foregoing reasons, the Parties respectfully request an extension of thirty (30) days, from June 10, 2024, through and including July 10, 2024, in which to disclose experts and expert reports, and a thirty-day extension from July 10, 2024, to August 12, 2024, in which to disclose expert rebuttal opinions, and an extension of fifty-eight (58) days from July 10, 2024, to September 6, 2024, in which to complete discovery.

**Description of Discovery Completed**:

On March 6, 2024, Plaintiff served its first set of Requests for Admission and Requests for Production of Documents on Defendant and Defendant provided its initial responses to that discovery on May 28, 2029.

On April 15, 2024, Defendant served its first set of Requests for Production of Documents and Special Interrogatories on Plaintiff. Plaintiff served its responses to that discovery on May 29, 2024.

**Description of Discovery Remaining to be Completed:**

As noted above, Defendant provided initial responses to Plaintiff's first discovery requests and has stated it will submit full responses in the near future.

Plaintiff has requested dates for the following depositions:

- Vincent Van Meter, both individually and as a Rule 30(b)(6) representative
- Rule 30(b)(6) Representative of AmTrust re Underwriting
- Trey Mooney, property claims supervisor currently on medical leave
- David Mitchell, who is no longer with Amtrust Insurance Company
- Defendant's experts

2

Defendant has requested the following depositions:

- Rule 30(b)(6) representative of VIG
- Plaintiff's experts
- Defendant intends to seek documents and/or testimony from third-party witnesses, including Plaintiff's assignor and Plaintiff's roofing contractor.

/ / /

RESPECTFULLY SUBMITTED this 5th day of June, 2024.

POLI, MOON & ZANE, PLLC

By  /s/ Michael N. Poli
    Michael N. Poli
    403 Hill Street
    Reno, Nevada 89501
    *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By  /s/ Jeffrey D. Olster
    Jeffrey D. Olster
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By  /s/ Roger S. Raphael
    Roger S. Raphael, admitted pro hac vice
    Julian J. Pardini, admitted pro hac vice
    45 Fremont St, Suite 3000
    San Francisco, CA 94105
    *Attorneys for Defendants*

IT IS SO ORDERED.

_____
Honorable Elayna L. Youchah
United States Magistrate Judge

DATED: June 5, 2024

140997689.1