Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone: 602-857-8180
Facsimile: 602-857-7133
*Attorneys for Plaintiff*

JULIAN J. PARDINI, SB# 133878
    E-Mail: Julian.Pardini@lewisbrisbois.com
ROGER S. RAPHAEL, SB# 111946
    E-Mail: Roger.Raphael@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

JEFFREY D. OLSTER, SB# 008864
    Email: Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant AMTRUST INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMTRUST INSURANCE COMPANY, a Delaware corporation; and AMTRUST INSURANCE COMPANY OF KANSAS, INC., a Kansas corporation,<br><br>    Defendants. | CASE NO. 2:24-CV-00034-EJY<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY CUTOFF DEADLINES**<br><br>**(Third Extension Request)** |

Pursuant to LR 6-1 and 26-3, counsel for Plaintiff VIG Desert Oaks, LLC ("Plaintiff") and Defendant AmTrust Insurance Company (Defendant") (collectively with

1  Plaintiff, the "Parties"), hereby request an extension of 90 days to disclose rebuttal experts
2  and complete discovery, with conforming changes for subsequent events in the Court's
3  Scheduling Order. This is the third extension request.

4  Good cause exists for the requested extension. The Parties have diligently prosecuted
5  and defended this litigation from the outset. Some discovery was deferred while the Parties
6  went through an early mediation before Justice Nancy M. Saitta (Ret.) on May 20, 2024,
7  which did not result in resolution. Since then, the Parties have made additional disclosures,
8  have responded to written discovery, and have issued third-party subpoenas. Each side has
9  disclosed multiple experts and produced their written reports. The Parties are meeting and
10 conferring on certain discovery issues.

11  No depositions have yet been taken, due to scheduling complications and the press
12 of other work. The Parties anticipate that that the requested extension should allow
13 sufficient time to take all necessary depositions, percipient and expert, and to resolve
14 whatever issues remain regarding written discovery.

15  Because the requested extension would impact other dates set by the Court's original
16 Scheduling Order (Doc. #15), the Parties propose to adjust those dates to confirm to the
17 requested extension of the discovery cutoff. The existing and proposed dates are shown in
18 the following table:

| Action | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Initial expert disclosure | July 10, 2024 | [no change] |
| Rebuttal expert disclosure | August 12, 2024 | November 11, 2024 |
| Discovery cutoff | September 6, 2024 | December 5, 2024 |
| Dispositive motion deadline | August 9, 2024 | January 3, 2025 |
| Pretrial order due | September 9, 2024 | January 31, 2025 |

1  **Description of Discovery Completed**:

2  On March 6, 2024, Plaintiff served its first set of Requests for Admission and
3  Requests for Production of Documents on Defendant and Defendant provided its initial
4  responses to that discovery on May 28, 2029.

5  On April 15, 2024, Defendant served its first set of Requests for Production of
6  Documents and Special Interrogatories on Plaintiff. Plaintiff served its responses to that
7  discovery on May 29, 2024.

8  On May 20, 2024 Plaintiff served its second set of Requests for Production of
9  Documents on Defendant. Defendant served its responses to that discovery on June 18,
10 2024.

11 On June 3, 2024, Defendant served a document subpoena on the entity that sold the
12 subject property to Plaintiff. No response has yet been received.

13 On June 17, 2024, Defendant served its second set of Requests for Production of
14 Documents on Plaintiff. Plaintiff served responses on July 10, 2024.

15 On June 18, 2024, Plaintiff served a Supplemental Disclosure that included
16 disclosure of retained experts and their reports.

17 On July 10, 2024, Plaintiff served a Supplemental Disclosure that included
18 disclosure of an additional retained expert and his report.

19 On July 10, 2024, Defendant served its Initial Designation of Expert Witnesses and
20 Reports.

21 **Description of Discovery Remaining to be Completed:**

22 On July 23, 2024, Plaintiff sent a meet-and-confer letter addressing certain of
23 Defendant's prior discovery responses. The parties intend to discuss the issues raised in that
24 letter and explore the possibilities to resolve the discovery dispute.

25 Plaintiff has requested dates for the following depositions:
26 ▪ Vincent Van Meter, both individually and as a Rule 30(b)(6) representative
27 ▪ Rule 30(b)(6) Representative of AmTrust re Underwriting
28 ▪ David Mitchell, who is no longer with Amtrust Insurance Company

- Defendant's experts

Defendant has requested the following depositions:

- Rule 30(b)(6) representative of VIG

- Plaintiff's experts

- Defendant intends to seek documents and/or testimony from third-party witnesses, including Plaintiff's assignor and Plaintiff's roofing contractor.

RESPECTFULLY SUBMITTED this 30th day of July, 2024.

POLI, MOON & ZANE, PLLC

By  */s/ MICHAEL N. POLI*
   Michael N. Poli
   403 Hill Street
   Reno, Nevada 89501
   *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By  */s/ JEFFREY D. OLSTER*
   Jeffrey D. Olster
   6385 S. Rainbow Blvd., Suite 600
   Las Vegas, NV  89118

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By _____
   Roger S. Raphael, admitted pro hac vice
   Julian J. Pardini, admitted pro hac vice
   45 Fremont St, Suite 3000
   San Francisco, CA 94105
   *Attorneys for Defendants*

IT IS SO ORDERED.

_____
Honorable Elayna L. Youchah
United States Magistrate Judge

DATED:  July 30, 2024