Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone: 602-857-8180
Facsimile: 602-857-7133
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST INSURANCE COMPANY, a Delaware corporation; and AMTRUST INSURANCE COMPANY OF KANSAS, INC., a Kansas corporation,<br><br>Defendants. | CASE NO. 2:24-CV-00034-EJY<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, VIG Desert Oaks, LLC and Defendants AmTrust Insurance Company and AmTrust Insurance Company of Kansas, have reached a full settlement in this matter, with each side paying their own costs and attorneys' fees. The Oral argument on Plaintiff's Motion for a Discovery Ruling may be taken off calendar.

DATED this 7th day of November, 2024.

**POLI, MOON & ZANE, PLLC**


By: */s/ Michael N. Poli*
Michael N. Poli
Attorney for Plaintiff VIG

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November, 2024, I electronically transmitted the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jeffrey D. Olster
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 7600
Las Vegas, NV 89118

Julian Pardini
Roger S. Raphael
LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000
San Francisco, CA 94105

*Attorneys for AmTrust Insurance Company*

/s/ Linda Gundelach