ROGER S. RAPHAEL, SB# 111946
E-Mail: Roger.Raphael@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone:   415.362.2580
Facsimile:   415.434.0882

JEFFREY D. OLSTER, SB# 008864
Email: Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:   702.893.3383
Facsimile:   702.893.3789

Attorneys for Defendant AMTRUST INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIG Desert Oaks, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Amtrust Insurance Company, a Delaware corporation, and Amtrust Insurance Company of Kansas, Inc., a Kansas corporation,<br><br>Defendants. | Case No. 2:24-CV-00034-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC ("Plaintiff"), by and through its counsel, POLI, MOON & ZANE, PLLC, and Defendant AMTRUST INSURANCE COMPANY (formerly known and erroneously sued as AMTRUST INSURANCE COMPANY OF KANSAS, INC.) ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP (collectively, the "Parties"), that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be

1  dismissed, with prejudice, each party to bear their own attorney's fees and costs.

3  December 17, 2024

POLI, MOON & ZANE, P

By    /s/ MICHAEL N. POLI
MICHAEL N. POLI
Nevada Bar No. 005461
403 Hill Street
Reno, NV 89501
Telephone:   602-857-8180

Attorneys for Plaintiff VIG DESERT OAKS, LLC, a Nevada limited liability company, individually and as assignee of La Falen Corporation and Vail Commercial Group, LLC

December 17, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ ROGER S. RAPHAEL
ROGER S. RAPHAEL
Nevada Bar No.
JEFFREY D. OLSTER
Nevada Bar No. 008864
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Tel. 602.385.1040

Attorneys for Defendant AMTRUST INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED:**

Dated: December 17, 2024

_____
UNITED STATES MAGISTRATE JUDGE